IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EBONY JACKSON and ALITHA JACKSON,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOSEBUMPS, INC., BRUCE DOBBS, GEORGE KELLY, and MARK STEPHENS, SR.,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br><br>1:17-cv-2669-SCJ |

## ORDER

A review of the record shows that Plaintiffs have failed to timely comply with this Court's prior orders concerning identifying counsel or otherwise notifying the Court of an intent to proceed *pro se*. Doc. Nos. [103], [105], [106]. Accordingly, pursuant to Local Rule 41.3, this case is hereby dismissed for failure or refusal to obey a lawful order of the Court. Doc. No. [106].

IT IS SO ORDERED this \_\_\_5th\_\_\_ day of December, 2019.

*/s/ Steve C. Jones*
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE