UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EBONY JACKSON and ALITHA JACKSON, <br><br> Plaintiffs, <br><br> v. <br><br> GOOSEBUMPS, INC., et al., <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 1:17-cv-2669-SCJ |

### J U D G M E N T

This action having come before the Court, Honorable Steve C. Jones, United States District Judge, on this Court's Show Cause Order of November 13, 2019, and the Plaintiffs having failed to show cause or otherwise respond to the Court's Order, it is

**Ordered and Adjudged** that this action is **DISMISSED** for failure or refusal to obey a lawful order of the Court pursuant to Local Rule 41.3.

Dated at Atlanta, Georgia this 6th day of December, 2019.

JAMES N. HATTEN
CLERK OF COURT

By:  s/R. Spratt
Deputy Clerk

Prepared, Filed and Entered
In the Clerk's Office
   December 6, 2019
James N. Hatten
Clerk of Court

By: s/R. Spratt
   Deputy Clerk